1 | Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
2 | 10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
3 | Phone:   (310) 836-6000
Fax:      (310) 836-60106
4 | E-Mail: service@braunlawgroup.com

5 | *Local Counsel for Plaintiff Montez*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DIANNA MONTEZ, on behalf of herself and all others similarly situated, | CASE NO. 11-CV-0530 JLS WMC |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | NOTICE OF APPEARANCE |
| CHASE HOME FINANCE LLC and JPMORGAN CHASE, N.A., | DATE:     n/a<br>TIME:     n/a<br>CTRM: |
| Defendants. | |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE THAT Michael D. Braun of the Braun Law Group, P.C. located at 10680 Pico Blvd., Suite 280, Los Angeles, CA 90064 hereby enters an appearance in the above-captioned matter as local counsel for Plaintiff Dianna Montez.

DATED: March 24, 2011                    Respectfully Submitted,

**BRAUN LAW GROUP, P.C.**

By: _____
Michael D. Braun
10680 W. Pico Boulevard, Suite 280
Los Angeles, CA 90064
Phone:   (310) 836-6000
Fax:     (310) 836-6010

*Local Counsel for Plaintiff Montez*

CASE NO. 11-CV-0530 JLS WMC                    1                    NOTICE OF APPEARANCE