1 | Sharon T. Hritz (265105)
2 | KELLER ROHRBACK L.L.P.
  | 1129 State Street, Suite 8
3 | Santa Barbara, CA  93101
  | Tel: (805) 456-1496
4 | Fax: (805) 456-1497
  | shritz@kellerrohrback.com
5 |
6 | Lynn Lincoln Sarko
  | Gretchen Freeman Cappio
7 | Gretchen S. Obrist
  | KELLER ROHRBACK L.L.P.
8 | 1201 Third Ave., Ste 3200
  | Seattle, WA  98101
9 | Tel: (206) 623-1900
  | Fax: (206) 623-3384
10 | lsarko@kellerrohrback.com
   | gcappio@kellerrohrback.com
11 | gobrist@kellerrohrback.com
12 |
   | ***Attorneys for Plaintiff***
13 | [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
AT SAN DIEGO

| | |
|---|---|
| DIANNA MONTEZ, on behalf of herself and all others similarly situated, | No. 11-cv-0530 JLS WMC |
| | CLASS ACTION |
| Plaintiff, | |
| v. | NOTICE OF CHANGE OF ADDRESS |
| CHASE HOME FINANCE LLC and JPMORGAN CHASE, N.A., | |
| Defendants. | |

Attorney Sharon T. Hritz files this Notice of Change of Address with respect to the Keller Rohrback L.L.P. California office in the above captioned case.  All future pleadings,

NOTICE OF CHANGE OF ADDRESS - 1
USDC SDCA No. 11-530 JLS WMC

memoranda, correspondence, orders, etc., should be sent to:

        Keller Rohrback L.L.P.
        1129 State Street, Suite 8
        Santa Barbara, CA  93101
        Phone: (805) 456-1496
        Fax:  (805) 456-1497

DATED this 29th day of March, 2011.

        KELLER ROHRBACK L.L.P.

        By: s/ Sharon T. Hritz
           Sharon T. Hritz (265105)
           KELLER ROHRBACK L.L.P.
           1129 State Street, Suite 8
           Santa Barbara, CA  93101
           Tel:  (805) 456-1496
           Fax:   (805) 456-1497
           Email: shritz@kellerrohrback.com

           Lynn Lincoln Sarko
           Gretchen Freeman Cappio
           Gretchen S. Obrist
           KELLER ROHRBACK, L.L.P.
           1201 Third Ave., Ste 3200
           Seattle, WA  98101
           Tel: (206) 623-1900
           Fax: (206) 623-3384
           Email: lsarko@kellerrohrback.com
                gcappio@kellerrohrback.com
                gobrist@kellerrohrback.com

           Michael D. Braun (167416)
           BRAUN LAW GROUP, P.C.
           10680 West Pico Boulevard, Suite 280
           Los Angeles, CA 90064
           Tel:  (310) 836-6000
           Fax:  (310) 836-6010
           E-mail: service@braunlawgroup.com

        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

Dated this 29th day of March, 2011.

                                          s/ Sharon T. Hritz
                                        Sharon T. Hritz (265105)
                                        KELLER ROHRBACK L.L.P.
                                        1129 State Street, Suite 8
                                        Santa Barbara, CA  93101
                                        Tel: (805) 456-1496
                                        Fax: (805) 456-1497
                                        Email: shritz@kellerrohrback.com