1  GREGORY P. DRESSER (SBN: 136532)
   GDresser@mofo.com
2  JASON MALINSKY (SBN: 259761)
   JMalinsky@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco California  94105-2482
   Telephone: 415-268-7000
5  Facsimile:  415-268-7522

6  KIMBERLY R. GOSLING (SBN: 247803)
   KGosling@mofo.com
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
8  San Diego, California  92130-2040
   Telephone: 858-720-5100
9  Facsimile:  858-720-5125

10 Attorneys for Defendants
   CHASE HOME FINANCE LLC AND
11 JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
AT SAN DIEGO

| | |
|---|---|
| DIANNA MONTEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC AND JPMORGAN CHASE, N.A.,<br><br>Defendants. | Case No.   11CV0530 JLS WMC<br><br>**JOINT MOTION TO EXTEND TIME FOR CHASE HOME FINANCE LLC AND JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE** |

Pursuant to Civil Local Rules 7.2 and 12.1, Lead Plaintiff Dianna Montez (hereinafter "Plaintiff") and Defendants Chase Home Finance LLC and JPMorgan Chase Bank, N.A. (hereinafter "Defendants") hereby jointly move and request that the Court (1) extend the time for Defendants to answer or otherwise respond to Plaintiff's class action Complaint, and (2) set a stipulated briefing schedule that would apply if Defendants move to dismiss the Complaint.

1    Plaintiff filed the Complaint on March 17, 2011 (Doc. 1) and served Defendants with the
2    Summons and Complaint on March 18, 2011.  Under Federal Rule of Civil Procedure
3    12(a)(1)(A)(i), Defendants' response to the Complaint is due on April 8, 2011.
4    Plaintiff has filed this class action "individually and on behalf of all mortgagors in the
5    State of California whose home mortgage loans are or were serviced by Chase Home Finance
6    LLC or JPMorgan Chase Bank, N.A. and who (a) have attempted to obtain permanent loan
7    modifications from Chase Home Finance LLC or JPMorgan Chase Bank, N.A. through the Home
8    Affordable Modification Program ("HAMP") or similar loan modification programs; and (b) have
9    made payments pursuant to a HAMP Trial Period Plan ("TPP") or any similar temporary
10   modification agreement offered by Defendants."  (Compl. ¶ 1.)  The Complaint contains detailed
11   factual allegations regarding the events underlying eight causes of action.  In order to enable
12   Defendants to investigate these allegations and prepare a response, the parties respectfully request
13   that the Court extend the time for Defendants to respond to Plaintiff's Complaint by 35 days, to
14   May 13, 2011.
15   Furthermore, in the event that Defendants move to dismiss the Complaint, in order to
16   allow the parties a sufficient and equitably distributed amount of time to brief the complex issues
17   anticipated in this case, the parties respectfully request that the Court set the following schedule
18   for the motion to dismiss: (1) Plaintiff's response must be filed no later than July 12, 2011; and
19   (2) Defendants' reply must be filed no later than July 26, 2011.
20   This Joint Motion is the parties' first request for an extension of time for Defendants to
21   respond to the Complaint.
22   //
23   //
24   //
25   //
26   //
27   //
28   //

1     WHEREFORE, the parties jointly request that the Court enter an order as follows:

2     1.    Defendants shall respond to the Complaint no later than May 13, 2011.

3     2.    If Defendants move to dismiss the Complaint, Plaintiff shall file a response no later than July 12, 2011.

5     3.    Defendants shall file any reply no later than July 26, 2011.

Dated: April 1, 2011    MORRISON & FOERSTER LLP

By: /s/Kimberly R. Gosling
KIMBERLY R. GOSLING
KGosling@mofo.com

Attorneys for Defendant
CHASE HOME FINANCE LLC AND
JPMORGAN CHASE, N.A.

Dated: April 1, 2011    KELLER ROHRBACK L.L.P.

By: /s/Sharon T. Hritz
SHARON T. HRITZ
shritz@kellerrohrback.com

Attorneys for Plaintiff
DIANNA MONTEZ

sd-551831

3    CASE NO 11CV0530 JLW WMC
MOTION FOR EXTENSION OF TIME FOR CHASE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2011 a true and correct copy of the foregoing was transmitted electronically to the Electronic Filing System of the United States District Court for the Southern District of California which, under Local Civil Rule 5.4(b)&(c), is believed to have sent notice of such filing, constituting service of the filed document, on all Filing Users, all of whom are believed to have consented to electronic service.

Executed on April 1, 2011, at San Diego, California.

/s/Kimberly R. Gosling
Kimberly R. Gosling
KGosling@mofo.com