# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MONTEZ,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>CHASE HOME FINANCE LLC;<br>JPMORGAN CHASE, N.A.,<br><br>　　　　　　　　　Defendants. | CASE NO. 11-CV-530 JLS (WMC)<br><br>**ORDER: GRANTING IN PART AND DENYING IN PART JOINT MOTION TO EXTEND TIME AND SET BRIEFING SCHEDULE**<br><br>(Doc. No. 7) |

　　Presently before the Court is the parties' joint motion to extend time to respond and to set briefing schedule. (Doc. No. 7.) Good cause appearing, the parties' joint motion is **GRANTED** as to the request to extend time to respond. Defendants' response to Plaintiff's complaint is **DUE BY May 13, 2011**. The parties' joint motion is **DENIED**, however, as to the request to set a briefing schedule for a purely hypothetical motion to dismiss. (*See id.* at 2 ("[I]n the event that Defendants move to dismiss the Complaint . . . the parties request that the Court set [a briefing schedule].").) The Court will set a briefing schedule if and when such a motion is filed.

　　**IT IS SO ORDERED.**

DATED: April 4, 2011

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge