# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MONTEZ,<br><br>                              Plaintiff,<br><br>       vs.<br><br>CHASE HOME FINANCE LLC;<br>JPMORGAN CHASE, N.A.,<br><br>                              Defendants. | CASE NO. 11-CV-530 JLS (WMC)<br><br>**ORDER: SETTING BRIEFING SCHEDULE** |

Presently before the Court is Defendants' motion to dismiss Plaintiff's complaint.  (ECF No. 12.)  Plaintiff's opposition is **DUE BY** June 6, 2011, and Defendants' reply is **DUE BY** June 20, 2011.

**IT IS SO ORDERED.**

DATED:  May 16, 2011

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge

11cv530