# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MONTEZ,<br><br>                      Plaintiff,<br>  vs.<br><br>CHASE HOME FINANCE LLC;<br>JPMORGAN CHASE, N.A.,<br><br>                     Defendants. | CASE NO. 11-CV-530 JLS (WMC)<br><br>**ORDER: DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 12) |

Presently before the Court is Defendants' motion to dismiss Plaintiff's complaint. (ECF No. 12.) On June 2, 2011, Plaintiff filed an amended complaint, as was her right under Federal Rule of Civil Procedure 15(a)(1)(B). (FAC, ECF No. 15.) Accordingly, Defendant's motion to dismiss is **DENIED AS MOOT**. Defendants shall file a response to Plaintiff's amended complaint within the time provided by the Federal Rules.

**IT IS SO ORDERED.**

DATED: June 3, 2011

                                        *Janis L. Sammartino*
                                        Honorable Janis L. Sammartino
                                        United States District Judge