1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| DIANNA MONTEZ, DANIEL WARE, MICHAEL SABOUHI | CASE NO. 11-CV-530 JLS (WMC) |
| Plaintiffs, | **ORDER: VACATING STATUS HEARING** |
| vs. | |
| CHASE HOME FINANCE LLC; JPMORGAN CHASE, N.A., | |
| Defendants. | |

17
18
19

Pursuant to the MDL Panel's transfer order, this case has been transferred to the District of Massachusetts.  (ECF No. 35.)  Accordingly, the Court on its own motion **HEREBY VACATES** the status hearing set for December 15, 2011 at 1:30 p.m. in Courtroom 6.

20

**IT IS SO ORDERED.**

21
22

DATED:  October 20, 2011

23
24

Honorable Janis L. Sammartino
United States District Judge

25
26
27
28

- 1 -