UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MONTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CHASE HOME FINANCE LLC, and JPMORGAN CHASE, N.A.,<br><br>    Defendants. | Case No.: 11-CV-530 JLS (WMC)<br><br>**ORDER *SUA SPONTE* DISMISSING ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>(ECF No. 73) |

Presently before the Court is Defendant JPMorgan Chase Bank, N.A.'s Notice of Plaintiff's Failure to File an Amended Complaint Within Time Allotted by Court and Request for Entry of Order of Dismissal with Prejudice. (ECF No. 73.) Defendant notes that, in its February 1, 2016 Order, the Court granted Plaintiff Dianna Montez fourteen days to file an amended complaint and cautioned Plaintiff that "*[f]ailure to file an amended complaint by this date may result in dismissal.*" (*Id.* at 2 (citing ECF No. 68 at 23.)

To this date, Plaintiff has not filed an amended complaint. Accordingly, the Court **DISMISSES WITH PREJUDICE** this entire action pursuant to Federal Rule of Civil Procedure 41(b). *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) ("Pursuant

/ / /

/ / /

/ / /

1

1  to Federal Rule of Civil Procedure 41(b), the district court may dismiss an action for failure
2  to comply with any order of the court."). The Clerk of the Court shall close the file.
3  **IT IS SO ORDERED.**
4
5  Dated:  February 25, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge